AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**
JUN 05 2016
Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Luis Solis-Zuniga | ) | Case No. M-16-1083-M |
| YOB: 1995 | ) | |
| Citizenship: Mexico | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 3, 2016__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 22 U.S.C. § 2778 | Attempted Illegal Exportation of Defense Articles |

This criminal complaint is based on these facts:

The defendant did knowingly and willfully attempt to export and cause to be exported into the United Mexican States from the United States of America a defense article, that is, to wit: 19 firearms; 32 magazines; and 4,000 rounds of ammunition, which were designated as defense articles on the United States Munitions List, without first having obtained from the Department of State a license for such export or written authorization for such export.

☑ Continued on the attached sheet.

*Complainant's signature*

Sean T. Greene, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __06/05/2016__

*Judge's signature*

City and state: __McAllen, Texas__    Dorina Ramos, U.S. Magistrate Judge
*Printed name and title*

## Attachment A

On June 3, 2016, at approximately 9:40 p.m., Luis Alfonso SOLIS-Zuniga arrived at the Anzalduas port of entry in Mission, Texas driving a black GMC Canyon pickup. SOLIS was traveling in the southbound lanes leading to Mexico. U.S. Customs and Border Protection (CBP) officers contacted SOLIS prior to exiting the United States and asked the subject if he was transporting firearms, ammunition, or monetary instruments exceeding $10,000 (USD). SOLIS provided a negative oral declaration to that effect.

The CBP officers performed a thorough inspection of the vehicle and discovered four (4) Beretta 9mm handguns (serial numbers obliterated); (15) Romarm 7.62x39mm AK-47 type rifles (serial numbers obliterated); 4,000 rounds of 7.62x39mm ammunition; 32 firearms magazines; and (1) M-134G Power Supply. The aforementioned defense articles were located in the rear passenger compartment the vehicle.

Homeland Security Investigations and Bureau of Alcohol, Tobacco, Firearms, and Explosives special agents (SAs) advised SOLIS of his Miranda Rights. SOLIS provided a written waiver of his right to counsel and agreed to answer the SAs' questions. During the course of the interview, SOLIS stated that he did not possess a license from the United States government to export defense articles, nor had he ever applied for such a license. SOLIS stated that he was aware that it was illegal to smuggle firearms and ammunition out of the United States. SOLIS stated that he had smuggled weapons to Mexico on five previous occasions. SOLIS further stated that he expected to be paid approximately $600 (USD) after successfully delivering the firearms and ammunition to individual(s) in Mexico.